**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **SEAN MCCARLEY, Individually and on behalf of all those similarly situated,** | : | **CASE NO: 1:25-cv-00348-MWM** |
| | : | **JUDGE: Matthew W. McFarland** |
| **Plaintiff,** | : | |
| **vs.** | : | |
| **THE CITY OF HAMILTON POLICE DEPARTMENT,** | : | **JOINT MOTION FOR AMENDMENT BY INTERLINEATION** |
| **Defendant.** | : | |

NOW COMES Plaintiff and Defendant (together, "Parties"), jointly, and hereby Move this Honorable Court to enter an order amending the name of the Defendant by interlineation. A memorandum in support follows.

Respectfully submitted,

STOKAR LAW, LLC

**/s/ Robb S. Stokar**
Robb S. Stokar (0091330)
Stokar Law, LLC
9200 Montgomery Road
Bldg E – Suite 18B
Cincinnati, OH 45242
Tel: 513-500-8511
rss@stokarlaw.com

GOTTESMAN & ASSOCIATES, LLC
Zachary Gottesman (0058675)
9200 Montgomery Road
Building E – Unit 18B
Cincinnati, Ohio 45242
Tel: (513) 651-2121
zg@zgottesmanlaw.com

*Counsel for Plaintiff*

FROST BROWN TODD LLP

**/s/ Robert D. Shank***
Robert D. Shank (0069229)
3300 Great American Tower
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Telephone: (513) 651-6437
Fax: (513) 651-6981
rshank@fbtlaw.com

Jasmine C. Corrie Jones (103588)
9277 Centre Point Drive, Suite 300
West Chester, OH 45069
Telephone: (513) 870-8205
Fax: (513) 870-0999
jjones@fbtlaw.com

*Attorneys for Defendant*

*Via email auth 04-15-26 (RSS)

## Memorandum

Plaintiff was a former patrol officer for the City of Hamilton Police Department from on or about August 8, 2016 to December 22, 2024. *See* ECF No. 8, PAGE ID 62. On May 23, 2025, he sued his former employer generally alleging wage and hour violations arising under both state and federal law. *See* ECF No. 1. In doing so, he named The City of Hamilton Police Department as the Defendant. *Id.*

Through communications with counsel, it has come to Plaintiff's attention that the correct name of the defendant is simply The City of Hamilton. Without taking a position on liability or damages, the Parties agree that The City of Hamilton is the proper name of the Defendant in this action.

WHEREFORE, the Parties request that the Court enter the Order attached hereto as Exhibit A amending the name of the Defendant in this matter from The City of Hamilton Police Department to The City of Hamilton. This request is made jointly, in the interests of justice and will not prejudice or harm any party.

Respectfully Submitted,

STOKAR LAW, LLC

**/s/ Robb S. Stokar_______**
Robb S. Stokar (0091330)
Stokar Law, LLC
9200 Montgomery Road
Bldg E – Suite 18B
Cincinnati, OH 45242
Tel: 513-500-8511
rss@stokarlaw.com

GOTTESMAN & ASSOCIATES, LLC
Zachary Gottesman (0058675)
9200 Montgomery Road
Building E – Unit 18B

FROST BROWN TODD LLP

**/s/ Robert D. Shank***
Robert D. Shank (0069229)
3300 Great American Tower
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Telephone: (513) 651-6437
Fax: (513) 651-6981
rshank@fbtlaw.com

Jasmine C. Corrie Jones (103588)
9277 Centre Point Drive, Suite 300
West Chester, OH 45069
Telephone: (513) 870-8205
Fax: (513) 870-0999

Cincinnati, Ohio 45242
Tel: (513) 651-2121
zg@zgottesmanlaw.com

*Counsel for Plaintiff*

jjones@fbtlaw.com

*Attorneys for Defendant*

*Via email auth 04-15-26 (RSS)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record:

/s/ Robb S. Stokar___________
Robb Stokar (0091330)